IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**TEDDY SHAWN STOKES,**

    **Plaintiff,**

vs.                                  **CASE NO. 5:09-cv-326/RS-CJK**

**CHRISTINE OWENS,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 60). Plaintiff has not filed objections.

    **IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and is incorporated in this Order.

2. Defendant's Motion to Dismiss (Doc. 5) is **GRANTED** to the extent Plaintiff's Second Amended Complaint fails to state an Eight Amendment claim.

3. Plaintiff's Eighth Amendment Claim asserted under §1983 is **DISMISSED with prejudice** pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) for Plaintiff's failure to state a claim upon which relief may be granted.

4. Plaintiff's state law claims are **DISMISSED without prejudice**.

5. The clerk is directed to close the file.

**ORDERED** on November 18, 2011.

/S/ Richard Smoak
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**
